E-FILED 9/25/14

JS-6

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@hinescarder.com
HINES CARDER, LLP
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendants,
NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued herein as Nationwide Insurance, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, erroneously sued herein as Allied Insurance and AMCO INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN NOWNEJAD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, TRAVELERS INSURANCE COMPANY, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, NATIONWIDE INSURANCE, ALLIED INSURANCE, AMCO INSURANCE COMPANY and DOES 1 through 100,<br><br>　　　　　　Defendants. | CASE NO.: 2:13-cv-06507-PSG-JC<br><br>**JUDGMENT BY COURT ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56**<br><br>Hearing: [taken under submission]<br>Courtroom 880 – Los Angeles - Roybal<br><br>Trial Date: November 4, 2014 |

　　　　This Court, on September 18, 2014, having granted the Motion for Summary Judgment of Defendants AMCO Insurance Company, Allied Property and Casualty Insurance Company (erroneously sued as "Allied Insurance") and Nationwide Mutual Insurance Company (erroneously sued as "Nationwide Insurance")

1

JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

("Defendants") as to Plaintiff's First Amended Complaint, and having ordered entry of judgment as requested in said motion,

Now, therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

(1)  Judgment is hereby entered in favor of Defendants AMCO Insurance Company, Allied Property and Casualty Insurance Company (erroneously sued as "Allied Insurance") and Nationwide Mutual Insurance Company (erroneously sued as "Nationwide Insurance") ("Nationwide") and against Plaintiff as to the First Amended Complaint on file herein in its entirety;

(2)  This action shall be and hereby is dismissed on the merits; and,

(2)  Defendants are the prevailing parties pursuant to Federal Rules of Civil Procedure Rule 54(d)(1) and are to recover their costs in this action against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 24, 2014

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez
Of the UNITED STATES DISTRICT COURT